IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNA SULLIVAN,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>RIVERSIDE COUNTY SUPERIOR COURT,<br><br>　　　　　Respondent. | No. C 14-01321 HRL (PR)<br><br>**ORDER OF TRANSFER** |

　　　Petitioner, a state prisoner at the California Institution for Women in Corona, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging her state conviction.

　　　Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). However, Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. See <u>Dannenberg v. Ingle</u>, 831 F. Supp. 767, 767 (N.D. Cal. 1993); <u>Laue v. Nelson</u>, 279 F. Supp. 265, 266 (N.D. Cal. 1968). The petition indicates that Petitioner was convicted in Riverside County which lies within the venue of the Eastern Division of the Central District of California. See 28 U.S.C. 84(b). Petitioner is also

Order of Transfer
P:\PRO-SE\HRL\HC.14\01321Sullivan_transfer.wpd

1  currently confined in Corona which lies in Riverside County.

2  Accordingly, the above-titled action is hereby TRANSFERRED to the United

3  States District Court for the Eastern Division of the Central District of California. See 28

4  U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3.

5  The Clerk shall transfer this matter and terminate any pending motions.

6  **IT IS SO ORDERED.**

8  DATED: 6/2/14

HOWARD R. LLOYD
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DIANNA SULLIVAN,

        Petitioner,

v.

RIVERSIDE COUNTY SUPERIOR COURT,

        Respondent.

Case Number: CV14-01321 HRL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __6/3/2014__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dianna Sullivan WE6792
BB 1102 L
PO Box 8100
Corona, CA 92878-8100

Dated: __6/3/2014__

P Cromwell, deputy
Richard W. Wieking, Clerk