# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DIANNA SUE SULLIVAN, | ) | NO. EDCV 14-1155-RT (MAN) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order: Dismissing Petition Without Prejudice; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed, without prejudice, for failure to exhaust available state remedies.

DATED: June 10, 2014.

*Margaret A. Nagle*
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE